UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

EMOJI COMPANY GMBH,

              Plaintiff,

    -v-

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE A,

              Defendants.

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__2/19/2026__

26-cv-1376 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court will hold a telephonic hearing on Plaintiff's pending motion for a temporary restraining order tomorrow, February 20, 2026, at 3:30 PM.  Plaintiff is directed to dial into the Court's teleconference line at 646-453-4442 and use Conference ID# 358639322.

SO ORDERED.

Dated: February 19, 2026
      New York, New York

_____
LEWIS J. LIMAN
United States District Judge