USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/10/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMOJI COMPANY GMBH,

Plaintiff,

-v-

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

Defendants.

26-cv-1376 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Before the Court is Plaintiff's memorandum of law in support of joinder and its motion for a temporary restraining order, submitted in response to the Court's March 3, 2026 order denying Plaintiff's motion for a temporary restraining order and directing Plaintiff to show cause why all Defendants named in this case except one should not be dismissed for misjoinder under Federal Rule of Civil Procedure 20(a). Dkt. No. 28. Plaintiff seeks joinder of the following Defendants and a temporary restraining order with respect to them: Defendants 1, 37, 53, 72, and 114. *Id.*

The Court is prepared to hear counsel for Plaintiff remotely on November 18, 2026 at 3:00 p.m. The conference will be held remotely via Microsoft Teams video conference. The parties will be provided instructions for accessing the conference via email. Members of the public can access the conference by dialing into the Court's audio-only teleconference line at 646-453-4442 and using conference ID# 358639322.

Counsel shall be prepared to address whether the application for emergency relief is still

ripe and, if so, whether there is a showing of personal jurisdiction, likelihood of confusion, and irreparable harm with respect to the conduct of each of the Defendants. Counsel shall also be prepared to address the request for an asset restraint. To the extent that Plaintiff no longer wishes to pursue emergency relief, counsel shall be prepared to discuss next steps in this case including whether Plaintiff intends to further prosecute this action.

SO ORDERED.

Dated: November 10, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge