HUCKE & SANKER
RECHTSANWÄLTE - ATTORNEY AT LAW

MARIJAN S. HUCKE
ATTORNEY AND COUNSELOR AT LAW (NY)

DAVID SANKER
RECHTSANWALT

STEPHAN HUCKE †
GERALD SCHUBERT †
RECHTSANWÄLTE BEIM LANDGERICHT KÖLN

43 WEST 43RD STREET, SUITE 363
NEW YORK, NY 10036-7424
PHONE: +1 201-228-0455

ZUSESTRASSE 40
KÖLN, D-50676, GERMANY
PHONE: +49 221-650-88-272

15-17 MIDDLE STREET
BN1 1AL BRIGHTON
TELEPHONE: +44 1273 004 004

1732 FIRST AVENUE STE 27500
NEW YORK, NY 10128
TELEPHONE: +1 646-396 0410
FACSIMILE: +1 646-396 0411

MARIJAN STEPHAN HUCKE

DIRECT TELEPHONE: 201-228-0455
M.HUCKE@HUCKELAW.COM

**ATTORNEY DOCKET.: 03267**

NOVEMBER 17, 2026

**The Honorable Lewis J. Liman**
United States District Judge

United States District Court
Southern District of New York
500 Pearl Street, Room 1620

**New York, NY 10007**

**VIA ECF**

**Re: emoji company GmbH v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A**

**Case: 1:26-cv-01376-LJL**

LETTER-MOTION TO CANCEL CONFERENCE OF NOVEMBER 18, 2026 FOLLOWING VOLUNTARY DISMISSAL

Dear Judge Liman:

Pursuant to Your Honor's Individual Practices 1(C) and 1(D), Plaintiff emoji company GmbH ("Plaintiff") respectfully submits this letter-motion in response to the Court's Order of November 10, 2026 (Dkt. 32), which scheduled a conference for November 18, 2026 at 3:00 p.m.

Having considered the Court's Order, Plaintiff has determined not to further prosecute this action. Today, Plaintiff filed a Notice of Voluntary Dismissal Without Prejudice of the entire action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) (Dkt. 33). No Defendant has appeared, answered, or moved for summary judgment, and the dismissal is therefore effective upon filing. Plaintiff also withdraws its Emergency Motion for a Temporary Restraining Order (Dkt. 10, 28) in its entirety.

Plaintiff therefore respectfully requests that the conference scheduled for November 18, 2026 be cancelled as moot and that the Clerk of Court be directed to close this case. In accordance with Individual Practice 1(D): (1) the conference is scheduled for November 18, 2026 at 3:00 p.m.; (2) Plaintiff has made no previous request to adjourn it; (3) accordingly, no prior request has been granted or denied; (4) no Defendant has appeared, so there is no opposing party whose consent could be sought; and (5) there is no other scheduled appearance before the Court. Plaintiff regrets that this request is made less than two business days before the conference; it follows Plaintiff's determination, in response to the Court's Order, to dismiss the action.

Pursuant to Individual Practice 1(C), Plaintiff states that it has been unable to confer with Defendants because no Defendant has appeared in this action.

Plaintiff thanks the Court for its time and attention to this matter.

Respectfully submitted,

/s/ Marijan S. Hucke
Marijan S. Hucke (4615654)
Hucke & Sanker PLLC
*Attorneys for Plaintiff*

Plaintiff's request is GRANTED. The conference previously scheduled for November 18, 2026 at 3:00 p.m. is CANCELLED. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

November 17, 2026